IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01946-ZLW-CBS

DONNA SHEEKS,

    Plaintiff,

v.

EL PASO COUNTY SCHOOL DISTRICT NO. 11,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order and the Settlement Conference (filed November 18, 2005; *doc. no. 52*) is **GRANTED**. (In granting the motion, the court implies no determination as to the factual matters raised in Plaintiff's Motion or Defendant's Response.)

The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **December 24, 2005** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **January 23, 2006** |
| Discovery deadline | **February 28, 2006** |
| Dispositive motion deadline | **March 30, 2006** |
| Final pretrial conference | **August 10, 2006, at 9:00 a.m. (Mountain Time)** |
| Deadline to submit final pretrial order | **August 3, 2006** |

The settlement conference set for December 15, 2005, is **VACATED**. Parties are instructed to create a conference call and contact chambers (**303.844.2117**) to select a new date for the settlement conference.

**DATED:**		December 5, 2005