IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01946-ZLW-CBS

DONNA SHEEKS,

    Plaintiff,

v.

EL PASO COUNTY SCHOOL DISTRICT NO. 11,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Defendant's Unopposed Motion to Amend Scheduling Order (filed January 20, 2006; *doc. no. 73*) is **GRANTED**. The pretrial deadlines are hereby extended as follows:

| | |
|---|---|
| Rule 26(a)(2) REBUTTAL expert disclosures | **February 6, 2006** |
| Discovery deadline | **March 14, 2006** |
| Dispositive motion deadline | **April 13, 2006** |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     January 24, 2006