IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01946-ZLW-CBS

DONNA SHEEKS,

    Plaintiff,

v.

EL PASO COUNTY SCHOOL DISTRICT NO. 11,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Motion for Leave to File Over Length Document (filed February 14, 2006; *doc. no. 88*) is **DENIED**. Plaintiff may file a motion and supporting brief for spoilation of evidence, which is limited to 25 pages in length. It is further

    **ORDERED** that Plaintiff's Motion for Sanctions for Destruction of Evidence (filed February 14, 2006; *doc. no. 89*) is **STRICKEN** from the record. It is further

    **ORDERED** that Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Sanctions for Destruction of Evidence (filed February 23, 2006; *doc. no. 95*) is **DENIED**, as moot.

**DATED:**    February 23, 2006