IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1946-ZLW-CBS

DONNA SHEEKS,

    Plaintiff,

v.

EL PASO COUNTY SCHOOL DISTRICT 11,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: April ___19___, 2006

    In response to Defendant's Request For Clarification Of Order Dated April 12, 2006, (Doc. No. 140) the Court clarifies that page nos. 288-309 of "Revised Exhibit B, Attachment 3" (Doc. No. 134) are to remain sealed.