IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1946-ZLW-CBS

DONNA SHEEKS,

    Plaintiff,

v.

EL PASO COUNTY SCHOOL DISTRICT NO. 11,

    Defendant.

---

ORDER

---

It appears from the Courtroom Minutes of a status conference before Magistrate Judge Craig B. Shaffer that this case has settled.  Therefore, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER settlement papers shall be filed on or before August 31, 2006.  If by that date settlement papers have not been received by the Court, on September 8, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __13__ day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court