IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1946-ZLW-CBS

DONNA SHEEKS,

    Plaintiff,

v.

EL PASO COUNTY SCHOOL DISTRICT NO. 11,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED at Denver, Colorado, this   22   day of August, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court